# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137390

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellant,

v

ELIZABETH ANN EDENSTROM,
　　　　Defendant-Appellee.

SC: 137390
COA: 277291
Wayne CC: 06-100037

_____/

　　　　On order of the Court, the application for leave to appeal the August 5, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

　　　　HATHAWAY, J., not participating. Justice Hathaway recuses herself and will not participate in this case as she was the presiding trial court judge. See MCR 2.003(B).



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2009

_____
Clerk

0128